11TH COURT OF APPEALS

EASTLAND, TEXAS

JUDGMENT

Lura Lanette Steward,                              * From the 358th District
                                                     Court of Ector County,
                                                     Trial Court No. D-37,906

Vs. No. 11-12-00368-CR                             * May 9, 2013

The State of Texas,                                * Per Curiam Memorandum Opinion
                                                     (Panel consists of: Wright, C.J.,
                                                     McCall, J., and Willson, J.)


        This court has inspected the record in this cause and concludes that the appeal should
be dismissed.   Therefore, in accordance with this court's opinion, the appeal is dismissed.